IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR156 |
| | ) | |
| JULIO VALERA-RAMIREZ and | ) | ORDER |
| CESAR LIZARRAGA-CASTRO, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the government's motion to continue (Filing No. 18),

**IT IS ORDERED** that the motion (Filing No. 18) is granted.

**IT IS FURTHER ORDERED** that the evidentiary hearing is continued to **June 9, 2005, at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 19th day of May, 2005

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge