# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR156 |
| | ) | |
| JULIO VALERA-RAMIREZ, and | ) | |
| CESAR LIZARRAGA-CASTRO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon the oral motion of the Plaintiff,

**IT IS ORDERED** that the suppression hearing on Motions to Suppress (Filing Nos. 13 and 16) is continued to **July 6, 2005,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 13th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge