IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )       8:05CR156
                               )
     v.                        )
                               )
JULIO VALERA-RAMIREZ and       )       ORDER
CESAR LIZARRAGA-CASTRO,        )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on defendant Valera-Ramirez's motion to continue trial (Filing No. 32). Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, February 6, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between December 19, 2005, and February 6, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court