IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIO VALERA-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for new trial (Filing No. 58). The Court has reviewed the evidence and finds said motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for new trial is denied.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court