IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:05CR156
                              )
      v.                      )
                              )
JULIO VALERA-RAMIREZ,         )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's request that the statement of redaction be filed under seal (Filing No. 87). The Court will treat the request as a motion to redact and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's request, treated as a motion to redact, is granted. Said motion to redact shall be filed under seal.

DATED this 22nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court